IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VINCENT KEITH RAINES,

      Plaintiff,

v.                                                   Case No. 1:13cv171-MW/GRJ

RJM ACQUISITIONS, LLC,

      Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.26, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.32.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Leave to proceed as a pauper is **DENIED**.  This case is **DISMISSED without prejudice** for abuse of the judicial process."   The Clerk shall close the file.

SO ORDERED on November 14, 2014.

                                                        s/Mark E. Walker               
                                                        **United States District Judge**